**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY STOKES, | : | Civil No. 1:25-CV-01917 |
| Plaintiff, | : | |
| v. | : | |
| ELIZABETH JUDD, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 60, is **ADOPTED**.

2) Plaintiff's objections, Doc. 61, are **OVERRULED**.

3) Defendants' motions to dismiss, Docs. 8, 30, 41, & 55, are **GRANTED**.

4) Defendant Judd is **DISMISSED WITH PREJUDICE**.

5) Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as to all claims except the state law claims, which are **DISMISSED WITHOUT PREJUDICE**.

6) The Clerk of Court is directed to close this case.

7) Although this case is closed, this matter is referred back to Judge Carlson to resolve the pending motion for sanctions, Doc. 62.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania